**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7058**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM BERNARD CREWS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CR-89-284)

———————

Submitted: September 6, 2001      Decided: September 14, 2001

———————

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Bernard Crews, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William B. Crews appeals from the district court's order dismissing his motion styled "pro se motion based on the district court's lack of jurisdiction to convict and/or sentence 'defendant William Bernard Crews' and in alternative a pro se motion for jail credit time for the federal sentence that was spent in a state prison." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Crews</u>, No. CR-89-284 (N.D.W. Va. May 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2